CHARLES WELDE, Respondent, *v.* THE NEW YORK AND HARLEM RAILROAD COMPANY et al., Appellants, Impleaded with Another.

Reported below, 53 App. Div. 637.
(Argued October 1, 1900; decided October 9, 1900.)

MOTION to prefer an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial depart-

ment, entered July 26, 1900, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that there are many cases pending against the defendants in which similar questions are involved, and that an early decision of this appeal would prevent much litigation and promote the ends of justice.

*Thomas P. Wickes* for motion.

No one opposed.

Motion denied, without costs.